**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                    (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | NPXe PLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   9  8  –  1  5  1  9  8  1  1

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1-5      Barton Lane | |
| Number   Street | Number   Street |
| | P.O. Box |
| Abingdon     England   OX14 3NB | |
| City     State   ZIP Code | City     State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number   Street |
| | City     State   ZIP Code |

5. **Debtor's website** (URL)    www.neuroprotexeon.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | NPXe PLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY

District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor _____ Relationship _____

District _____ When ___/___/_____
                                   MM / DD / YYYY

Case number, if known _____

Debtor    NPXe PLC _____     Case number *(if known)* _____
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
     Number      Street

_____

_____
     City          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | NPXe PLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/16/2019
MM  / DD / YYYY

✖ /s/ James McAuliffe

Signature of authorized representative of debtor

James McAuliffe

Printed name

Title  CFO

**18. Signature of attorney**

✖ /s/ William P. Bowden

Signature of attorney for debtor

Date  12/16/2019
MM  / DD / YYYY

William P. Bowden
Printed name

Ashby & Geddes, P.A.
Firm name

500 Delaware Ave., P.O. Box 1150
Number       Street

Wilmington
City

DE
State

19899
ZIP Code

Contact phone

Email address

2553
Bar number

DE
State

---

## **ATTACHMENT A TO VOLUNTARY PETITION**

### **Pending Bankruptcy Cases Filed by Affiliated Entities**

On the date hereof, each of the entities listed below (collectively, the "Debtors"), including the Debtor in this chapter 11 case, will file or has filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only under the case number assigned to the chapter 11 case of Debtor NeuroproteXeon, Inc.

- NeuroproteXeon GmbH

- NeuroproteXeon, Inc.

- NeuroproteXeon Limited

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name  NPXe PLC

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                            (State)

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement, Equity Holders List  and Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/16/2019                    ✗   /s/ James McAuliffe
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                James McAuliffe
                                                Printed name

                                                CFO
                                                Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NPXE PLC | ) | Case No. 19-        (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY**
**HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007 (a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the above-captioned debtor ("Debtor") hereby states as follows:

1. The following non-debtor entities own more than 10% interest in Debtor NPXe PLC:

| Entity | Relationship | Percentage Interest |
|---|---|---|
| Mervyn Maze, MB ChB | Member | 15.99% |
| Nicholas Franks, FPS | Member | 14.91% |
| Touchstone Innovations | Member | 12.39% |

## OMNIBUS WRITTEN CONSENT

### December 16, 2019

The undersigned, being all the directors (collectively, the "<u>Directors</u>") of the board of directors (the "<u>Board of Directors</u>") or the members of the Member (as such term is defined in the applicable Governing Documents), as applicable (each, a "<u>Governing Body</u>"), of the applicable entity listed on **<u>Annex I</u>** attached hereto (each, a "<u>Company</u>" and together, the "<u>Companies</u>"), acting pursuant to the organizational documents of the Company and applicable law, hereby approve and adopt the following resolutions:

WHEREAS, each Governing Body has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses;

WHEREAS, each Governing Body has had the opportunity to consult and confer with the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

WHEREAS, each Governing Body desires to approve the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that each Governing Body has determined, in consultation with the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and be it further

RESOLVED, that each of the Company's appointed officers or such other person as the Directors will designate (each, an "<u>Authorized Person</u>"), is authorized and instructed to cause the preparation of an appropriate voluntary petition under Chapter 11 of the Bankruptcy Code, as determined by him or her in consultation with the legal and financial advisors of the Company, on behalf of the Company.

RESOLVED, that the Company is hereby authorized, and each Authorized Person shall be and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Case</u>") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") in such form and at such time as the Authorized Person executing said petition shall determine; and be it further

RESOLVED, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, or to borrow additional funds, either as a debtor in possession under Chapter 11 of the Bankruptcy Code or otherwise, and that the Authorized Person is hereby authorized and instructed, on behalf of and in the name of the Company, to

negotiate and agree with potential lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such use of cash collateral or postpetition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) to such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments, or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer, in his sole discretion, may deem necessary or proper in connection with such further borrowings; and be it further

RESOLVED, that each Authorized Person be, and hereby is, authorized and directed to employ the following professionals on behalf of the Company: (i) the law firm of Ashby & Geddes, P.A., as general bankruptcy counsel, (ii) Brown Rudnick, LLP as special counsel, (iii) Emerald Capital Advisors, Corp., as financial advisor, (iv) Lincoln Partners Advisors LLC, as investment banker, (v) Omni Agent Solutions, Inc., as claims and noticing agent, and (vi) any other firm as professionals or consultants to the Company as is deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and applicable law; and in connection therewith, each Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an appropriate application for authority to retain the services of such firm(s); and it is further

RESOLVED, that the Company be, and it hereby is, authorized and empowered to enter into that certain *Senior Secured, Super-Priority Debtor-In-Possession Loan And Security Agreement* (the "Credit Agreement"), with JMB Capital Partners Lending, LLC ("JMB Capital") as lender, to borrow under the Credit Agreement at such times and in such amounts as any Authorized Officer shall deem necessary or advisable and as shall be permitted by the terms of the Credit Agreement and to consummate all the other transactions contemplated by the Credit Agreement, including without limitation, to grant first priority priming liens and security interests in, and to pledge, mortgage or grant deeds of trust with respect to, its right title and interest in and to its properties and assets to the extent required to secure its obligations under the Credit Agreement and to grant superpriority claim status with regard thereto; and be it further

RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized to negotiate, execute and deliver the Credit Agreement in the name and on behalf of the Company in the form and upon the terms and conditions as any Authorized Person may approve (such approval to be conclusively established by such Authorized Person's execution and delivery thereof), and to perform the Company's obligations thereunder, including the payment of any fees and expenses related thereto, and to take all actions in accordance therewith that any of them may deem necessary or advisable to consummate the transactions contemplated thereby, and the actions of any such Authorized Officer in negotiating the terms of, and in executing and delivering, the Credit Agreement, and any other action taken in connection therewith, on behalf of the Company be, and the same hereby are, ratified confirmed, approved and adopted; and be it further

RESOLVED, that any Authorized Person be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to execute and deliver any amendment (including amendments increasing the amount of credit available under the Credit Agreement and/or extending the maturity of the same), amendment and restatement or other modification to the Credit Agreement (each, an "Amendment"), such approval to be conclusively evidenced by the execution and delivery thereof; provided, however, that any such Amendment shall remain subject to further Board approval to the extent required under the Company's existing delegations of authority and/or corporate governance practices and procedures; and be it further

RESOLVED, that any Authorized Person be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to execute and deliver any officer's secretary's or similar certificate on behalf of the Company in connection with the Credit Agreement or any Amendment and the transactions contemplated therein, with such changes as such Authorized Person executing the same may approve, such approval to be conclusively evidenced by the execution and delivery thereof; and be it further

RESOLVED, that each Authorized Person is authorized, empowered, and directed to execute, verify and/or file, or cause to be filed and/or executed or verified and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements, and papers; and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, or any cash collateral usage contemplated thereby, with a view to the successful prosecution of the Chapter 11 Case; and be it further;

RESOLVED, that each Authorized Person is hereby authorized, directed and empowered in the name of and on behalf of the Company, (a) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (b) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (c) to negotiate, enter into, execute, deliver appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and

RESOLVED, that any Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Person shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person or the directors of the Company in the name and on behalf of the Company in furtherance of any or

all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

RESOLVED, that this resolution may be executed by facsimile, telecopy or other electronic means of reproduction, and such execution shall be considered valid, binding and effective for all purposes.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first written above.

By:  Paul Harder, Director

By:  William Burns, Director

By:  James McAuliffe, Director

By:  Matthew Napoletano, Director

By:  Ali Arpacioglu, Director

Being all of the directors of:
NeuroproteXeon Inc.

{01511732;v1 }

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first written above.

By:  Paul Harder, Director

By:  William Burns, Director

By:  James McAuliffe, Director

By:  Matthew Napoletano, Director

By:  Ali Arpacioglu, Director

Being all of the directors of:
NPXE PLC

{01511732;v1 }

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first written above.

_____
By:  Paul Harder, Director

_____
By:  William Burns, Director

_____
By:  James McAuliffe, Director

_____
By:  Matthew Napoletano, Director

_____
By:  Ali Arpacioglu, Director

Being all of the directors of:
NPXE PLC

{01511732;v1 }

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first written above.

NXPE PLC

By:

Name:  James McAuliffe

Title:   Secretary

Being the Member of:
NeuroproteXeon Limited

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first written above.

_____
By:  Paul Harder, Director


_____
By:  William Burns, Director


_____
By:  James McAuliffe, Director


_____
By:  Matthew Napoletano, Director


_____
By:  Ali Arpacioglu, Director


Being all of the directors of:
NeuroproteXeon Inc.


{01511732;v1 }

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first written above.

By: James McAuliffe, Director

Being the Director of:
NeuroproteXeon GmbH.

## ANNEX I

| Company | Jurisdiction |
|---|---|
| NXPE PLC | England, United Kingdom |
| NeuroproteXeon Limited | England, United Kingdom |
| NeuroproteXeon Inc. | Delaware |
| NeuroproteXeon GmbH | Germany |

**Fill in this information to identify the case:**

Debtor name  NPXe PLC

United States Bankruptcy Court for the: _____ District of _Delaware_
                                                                        (State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CATO Research 4364 South Alston Ave. Durham, NC 27713 | Cheryl King cking@cato.com | Trade Vendor | | | | $1,432,853.41 |
| 2 | Prexair Healthcare Services 175 E. Park Drive Tonawanda, NY 14150 | Randy Vinson randy.vinson@praxair.com (225) 247-7920 | Trade Vendor | | | | $509,921.84 |
| 3 | Brown Rudnick LLP 8 Clifford St. London UK W1S 2LQ | Lena Hodge LHodge@brownrudnick.com 44.20.7851.6083 | Professional Services | | | | $221,685.04 |
| 4 | The Krog Corp 4 Centre Drive Orchard Park, NY 14124 | Peter Krog plkrog2@kroggrp.com (716) 818-6700 | Trade Vendor | | | | $182,433.10 |
| 5 | Hodgson Russ The Guaranty Building 140 Pearl Street Buffalo, NY 14202 | Kevin Talbot ktalbot@hodgsonruss.com (716) 848-1392 | Professional Services | | | | $96,781.52 |
| 6 | WG Partners 85 Gresham Street London UK EC2V 7NQ | Olga Holme olga@wgpartners.co.uk 44.20.3705.9321 | Professional Services | | | | $82,176.75 |
| 7 | Potter Clarkson The Belgrace Centre Talbot Street London UK NG1 5GG | Chris Taylor info@potterclarkson.com 44.20.3005.0010 | Professional Services | | | | $71,594.45 |
| 8 | Ranstad Life Sciences 32462 Collection Centre Drive Chicago, IL 60693 | Jeff Henry jeff.henry@randstadusa.com (484) 588-5572 | Trade Vendor | | | | $53,750.00 |

Debtor ___NPXe PLC_____    Case number (if known)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | J.F. Machining Co., Inc. 2382 Balmar Road Ransomville, NY 14131 | Joseph Fleckenstein j.fleckenstein@jpmachining.com (716) 791-3910 | Trade Vendor | | | | $39,000.00 |
| 10 | IMP Pharmaceutical Services Heolddu Farm Heolddu Lane Caerphilly, Wales NP12 2GX | Amanda Furnell-White amandafurnellwhite@imppharma.com 44.14.9523.1700 | Trade Vendor | | | | $38,783.50 |
| 11 | KPMG LLP Dept 0511 P.O. Box 120511 Dallas, TX 75312-0511 | Sam Quinn Sam.Quinn@kpmg.co.uk 44.20.7311.1000 | Professional Services | | | | $29,945.00 |
| 12 | Black & Callow 80 Colman Street London UK EC2R 5BJ | london@blackandcallow.com 44.20.3794.1720 | Trade Vendor | | | | $26,235.00 |
| 13 | Imperial Innovations 52 Princess Gate Exhibition Road London UK SW7 2PG | info@imperialinnovations.co.uk 44.20.3053.8850 | Trade Vendor | | | | $25,000.00 |
| 14 | Consilium Strategic Communications 41 Lothbury London UK EC2R 7HU | Jonathan Birt info@consilium-comms.com 44.20.3709.5700 | Professional Services | | | | $21,313.00 |
| 15 | Penlon Limited Abingdon Science Park Barton Lane Abingdon UK OX14 3NB | Craig Thompson craig.thompson@penlon.com 44.12.3554.7001 | Trade Vendor | | | | $16,341.15 |
| 16 | Tronconi Segarra & Associates LLP 8321 Main Street Buffalo, NY 14221 | Charles Pezzino cpezzino@tsacpa.com (716) 633-1373 | Professional Services | | | | $15,954.13 |
| 17 | The Kane Firm 5225 Sheridan Drive The Kane Firm Suite Williamsville, NY 14221 | Lauren Robinson LRobinson@kanefirm.com (716) 633-7022 ext. 136 | Professional Services | | | | $15,232.14 |
| 18 | Haver & Mailander Lenzhalde 83- 85 Stuttgart DE 70192 | kr@haver-mailaender.de 49.71.1227.4420 | Professional Services | | | | $15,186.75 |
| 19 | AFCO P.O. Box 4795 Carol Stream, IL 2097-4795 | marketin@AFCO.com (585) 736-5899 | Trade Vendor | | | | $11,547.68 |
| 20 | RSM Tax and Advisory Services LLP 25 High Street, Crawley West Sussex UK RH10 1BG | Marion Hannon marion.hannon@rsm.global 44.20.7601.1080 | Professional Services | | | | $11,484.00 |

## Equity Security Holders

| Name | Address | Total Shares |
|---|---|---|
| Mervyn Maze, MB ChB | Redacted | 17,279,313 |
| Nicholas Franks, FPS | Redacted | 16,109,000 |
| IP2Group | 52 Princes Gate, Exhibition Road London , England SW7 2PG | 13,384,000 |
| Inspiration Healthcare | 2 Satellite Business Village, Fleming Way, Crawley, West Sussex, England RH10 9NE | 10,425,250 |
| William Burns | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 5,259,000 |
| CATO BioVentures | Westpark Corporate Center 4364 South Alston Avenue Durham, NC  27713 | 5,147,290 |
| Matthew Napoletano | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 4,497,940 |
| Art of Xen | 103A Swansea Road, Llangyfelach, Swansea, UK SA5 7HX | 3,327,750 |
| Ali Arpacioglu | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 2,056,870 |
| William Ginsberg | Redacted | 1,605,570 |
| Elizabeth & Donald Kalbacher | Redacted | 1,462,310 |
| CHEPII, LLC | 6230 Old Lakeshore Rd Lakeview, NY 14085 | 1,450,660 |
| Lyra Management | One Maritime Plaza #2010 San Francisco, CA 94111 | 1,191,690 |
| Michael Breslow, MD | Redacted | 916,040 |
| Alex Evers, MD | Redacted | 915,220 |
| Michael Adkins, MD | Redacted | 887,340 |
| Martin B. Kass and Miriam Kass as trustees of the Kass Family Trust | Redacted | 733,200 |
| Aubrey Maze, MD | Redacted | 731,740 |
| Mark Radom | Redacted | 621,700 |
| Curtis Mancuso, PhD | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 580,000 |
| Paul Harder | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 575,120 |

## Equity Security Holders

| Name | Address | Total Shares |
|---|---|---|
| Robert S. Ginsberg as trustee of the Robert S. Ginsberg Trust | Redacted | 549,520 |
| Adrian Lichtman | Redacted | 256,315 |
| Annette Lichtman | Redacted | 256,315 |
| Richard Ferranti | Redacted | 507,640 |
| Heather Napoletano | Redacted | 20,000 |
| CHEPFL, LLC | 6230 Old Lakeshore Rd Lakeview, NY 14085 | 500,000 |
| William & Nancy Burns | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 467,410 |
| CamaPlan Administrator FBO Richard Sobel, MD | Redacted | 407,190 |
| Steven Gasiewicz IRA | Redacted | 387,480 |
| Jeffrey Gudin, MD | Redacted | 365,320 |
| Humam Akbik, MD | Redacted | 365,030 |
| Allan Amico | Redacted | 362,600 |
| Edward Cosgrove, MD | Redacted | 357,310 |
| William Stoll | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 353,690 |
| Inger Ginsberg | Redacted | 336,570 |
| Shaun Wainstein | Redacted | 329,000 |
| Barbara Harder | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 325,120 |
| Mark Podlas, MD | Redacted | 317,650 |
| Jeffrey Maze & Gary Plein | Redacted | 295,670 |
| Ida Claire Bruno and Joseph Edward Bruno, Jr. | Redacted | 266,667 |
| Jeff Pierce, DO | Redacted | 256,310 |
| CAMA SDIRA LLC FBO David Camp IRA | Redacted | 254,960 |
| Nancy Kathryn Burns | Redacted | 250,000 |
| Carol Burns | Redacted | 250,000 |
| Roberta Burns | Redacted | 250,000 |

Equity Security Holders

| Name | Address | Total Shares |
| --- | --- | --- |
| Neal Rudewicz | c/o NeuroproteXeon, Inc.<br>50 Cobham Drive<br>Orchard Park, NY 14127 | 250,000 |
| John Joseph | c/o NeuroproteXeon, Inc.<br>50 Cobham Drive<br>Orchard Park, NY 14127 | 250,000 |
| Richard Robel, Jr. | c/o NeuroproteXeon, Inc.<br>50 Cobham Drive<br>Orchard Park, NY 14127 | 250,000 |
| Michael Cuzydlo | c/o NeuroproteXeon, Inc.<br>50 Cobham Drive<br>Orchard Park, NY 14127 | 250,000 |
| Jeffrey Pitt | Redacted | 235,240 |
| Robert Sladen, MD | Redacted | 226,960 |
| Igor Gary V Krimershmoys | Redacted | 218,580 |
| Charles & Marilyn Meier | Redacted | 201,940 |
| Quest IRA FBO Julie VandenHaute | Redacted | 196,810 |
| Wayne & Felicia Paymer | Redacted | 194,960 |
| Richard & Rachel Sobel | Redacted | 193,210 |
| Deanna Mann | Redacted | 183,300 |
| Rondebosch Investors (Mark Setzen) | P.O. Box 7417<br>Menlo Park, CA 94026-7417 | 183,300 |
| Amy Elizabeth Ginsberg as trustee of the Amy Elizabeth Ginsberg Trust | Redacted | 183,180 |
| Theodore P Lillie  as Trustee for the Theodore P Lillie Trust | Redacted | 183,180 |
| Tracy Suzanne Ginsberg as trustee of the Tracy Suzanne Ginsberg Trust | Redacted | 183,180 |
| Dennis Xifaras | Redacted | 183,160 |
| Saeid D Nourizadeh | Redacted | 182,770 |
| Richard Podolin | Redacted | 182,700 |
| Howard Tuch, MD | Redacted | 182,680 |
| Mark Gettes, MD | Redacted | 182,660 |
| Romanth Waghmarae, MD | Redacted | 182,550 |
| Robert Team | Redacted | 182,520 |

Equity Security Holders

| Name | Address | Total Shares |
|------|---------|--------------|
| Revital Wellisch | Redacted | 182,450 |
| Jayson Hymes, MD | Redacted | 182,410 |
| James North, MD | Redacted | 182,260 |
| Richard Rauck, MD | Redacted | 182,260 |
| Donald E Flow | Redacted | 182,150 |
| Hartmut Koeppen | Redacted | 182,150 |
| Ofer Wellisch, MD | Redacted | 181,930 |
| Susan Clark-Stanley | Redacted | 177,860 |
| John Haumesser, MD | Redacted | 171,160 |
| Leslie & Eitan Suez | Redacted | 168,390 |
| Selwyn Wener | Redacted | 168,290 |
| RealTrust IRA Alternatives LLC fbo Robert Spear IRA | P.O. Box 69 Chelan, WA 98816 | 156,290 |
| Angela Z. Miller | Redacted | 156,230 |
| David Bolognino | Redacted | 155,830 |
| MMPS-LRX (Michael Pivoz & Smith) | 30600 Telegraph, Suite 1131 Bingham Falls, MI 48025 | 155,630 |
| Leslie Harris | Redacted | 155,460 |
| Timothy Bender | Redacted | 155,420 |
| Sammy Giancarlo | Redacted | 155,400 |
| David Rosenfeld, MD | Redacted | 155,090 |
| Gregory Zaic | Redacted | 145,500 |
| John Rousseau | Redacted | 145,500 |
| Adira Maze | Redacted | 133,330 |
| Bradley Maze | Redacted | 133,330 |
| Elijah Maze | Redacted | 133,330 |
| Keren Maze | Redacted | 133,330 |
| Aleida Moreno | Redacted | 133,330 |
| Camilo Moreno | Redacted | 133,330 |
| Eliana Moreno | Redacted | 133,330 |
| Jacqueline Moreno | Redacted | 133,330 |
| Francis Drake | Redacted | 113,690 |
| SGA Holdings | 756 Dick Road Cheektowaga, NY 14225 | 102,950 |
| James McAuliffe | c/o NeuroproteXeon, Inc. 50 Cobham Drive Orchard Park, NY 14127 | 100,880 |
| Daniel J Valentine | Redacted | 100,750 |
| Drake Star Partners | 950 Third Ave, 20th Floor New York, NY 10022 | 84,590 |
| Jon Udwadia, MD | Redacted | 80,510 |

## Equity Security Holders

| Name | Address | Total Shares |
|---|---|---|
| Robert Chyka | Redacted | 75,000 |
| Patrick Anello, MD | Redacted | 58,740 |
| Mark Sobel | Redacted | 57,150 |
| Rina and Jason Fox | Redacted | 57,150 |
| Stefanie Pilkerton | Redacted | 55,000 |
| Leslie Garson, MD | Redacted | 52,000 |
| Drew & Miriam Shapiro | Redacted | 51,830 |
| Karen Fenzl | Redacted | 50,390 |
| Carson Napoletano | Redacted | 50,000 |
| Collin Napoletano | Redacted | 50,000 |
| Michelle Cefaratti | Redacted | 50,000 |
| Michelle Lynch | Redacted | 50,000 |
| Thomas Hancock | Redacted | 47,370 |
| Steven Gasiewicz, MD | Redacted | 20,150 |
| Dennis & Gail Haak | Redacted | 12,500 |
| John Talago | Redacted | 10,070 |
| Patricia H Wopperer | Redacted | 10,070 |
| Heidi Bowler | Redacted | 7,500 |
| Conway Lynch | Redacted | 5,000 |
| Gregory Lynch Jr | Redacted | 5,000 |
| Jacob Pilkerton | Redacted | 5,000 |
| Aaron Pilkerton | Redacted | 5,000 |
| Giovanni Fernandez | Redacted | 5,000 |
| Adam Paymer | Redacted | 5,000 |
| Hannah Paymer | Redacted | 5,000 |
| | **Total:** | **108,055,240** |

AFCO
P.O. Box 4795
Carol Stream, IL 20197-4795

American International Group UK Ltd
58 Fenchurch St
London EC3M 4AB
United Kingdom

Arent Fox LLP
Attn  Robert Hirsh/Beth Brownstein
1301 Ave of the Americas, 42nd Fl
New York, NY 10019

Bill Burns
c/o NeuroproteXeon, Inc
50 Cobham Dr
Orchard Park, NY 14127

Black  Callow
80 Coleman St
London, EC2R 5BJ
United Kingdom

Blue Cross Blue Shield
P.O. Box 80
Buffalo, NY 14240

Brown Rudnick LLP
Attn  Lena Hodge
8 Clifford St
London, W1S 2LQ
United Kingdom

BSI Group America Inc
12950 Worldgate Dr, Ste 800
Hermdon, VA 20170

BSI Group America Inc
Dept Ch 19307
Palatine, IL 60055-9307

Caltronix
Attn  Maryjane Rau
1000 Town Centre Dr
Rochester, NY 14623

Cato Research
Attn  Cheryl King
4364 S Alston Ave
Durham, NC 27713

Chubb European Group of Insurance Co
202B Hall s Mill Rd
Whitehouse Station, NJ 08889

Chubb European Group of Insurance Co
Loss Notification/Claims Service Center
600 Independence Pkwy
P.O. Box 4700
Chesapeake, VA 23327-4700

Chubb Group of Insurance Co of PA
245 Clinton Sq
Rochester, NY 14604-1717

CNA
CNA Insurance
P.O. Box 74007619
Chicago, IL 60674-7619

CNA Insurance
P.O. Box 790094
St Louis, MO 63179-0094

Companies House
P.O. Box 710
Crown Way
Cardiff, CF14 3U2
United Kingdom

Consilium Strategic Communications
Attn  Jonathan Birt
41 Lothbury
London, EC2R 7HU
United Kingdom

Data Resolution
Attn  Robert Britton
29222 Rancho Viejo Rd, Ste 107
San Juan Capistrano, CA 92675

Datalink Electronic
Attn  Jessica Curtiss
8 Jubilee Dr
Loughborough
Leicestershire, LE11 5XS
United Kingdom

Delaware State Treasury
820 Silver Lake Blvd, Ste 100
Dover, DE 19904

Durham Staffing, Inc
Attn  Ashley Romance
6300 Transit Rd
Depew, NY 14043

Dymax Corp
Attn  Suzanne Dziob
318 Industrial Lane
Torrington, CT 06790

Edinburgh Innovations
Attn  Timothy Walsh
1-7 Roxburgh St
Edinburgh, EH8 9TA
United Kingdom

Energy Mark, LLC
6653 Main St
Williamsville, NY 14221

Environmental Protection Agency
1200 Pennsylvania Ave, NW
Washington, DC 20460

Environmental Protection Agency
Region 2
290 Broadway
New York, NY 10007-1866

Environmental Protection Agency
Region 3
1650 Arch St
Philadelphia, PA 19103-2029

Erie County Water Authority
P.O. Box 5148
Buffalo, NY 14240-5148

FSC Systems, LLC
33 Institute St
Jameson, NY 14701

Great Northern Insurance Co
5632 S Pulaski Rd
Chicago, IL 60629

Have  Mailander
Lenzhalde 83- 85
Stuttgart, 70192
Germany

Hodgson Russ
Attn  Robert Fleming
The Guaranty Building
140 Pearl St
Buffalo, NY 14202

Hodgson Russ
The Guaranty Building
140 Pearl St
Buffalo, NY 14202

HSBC  Germany
Attn  Adrian Werwoll
Yorckstrasse 21-23
40476 Düsseldorf
Germany

HSBC  UK
Attn  Ben Blunkett
Level 30, 8 Canada Sq
London E14 5HQ
United Kingdom

HSBC  US
Attn  Nick Nabozny
95 Washington St, 4 S
Buffalo, NY 14203

IMP Pharmaceutical Serives
Attn  Amanda Furnell-White
Heolddu Farm, Heolddu Ln
Caerphilly, NP12 2GX
United Kingdom

Imperial Innovations
52 Princes Gate
Exhibition Rd
London, SW7 2PG
United Kingdom

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J.F.Machining Co.Inc
Attn  Joseph Fleckenstein
2382 Balmer Rd
Ransomville, NY 14131

Jim McAuliffe
c/o NeuroproteXeon, Inc
50 Cobham Dr
Orchard Park, NY 14127

JMB Capital Partners Lending, LLC
Attn  Vikas Tandon
1999 Ave of the Stars, Ste 2040
Los Angeles, CA 90067

John Joseph
Address Redacted

Jw Danforth
Attn  Michael Puglisi
300 Colvin Woods Pkwy
Tonawanda, NY 14150

KPMG LLP
Attn  Sam Quinn
Altius House
1 N 4th St
Milton Keynes, MK9 1NE
United Kingdom

KPMG LLP
Attn  Sam Quinn
Dept 0511
P.O. Box 120511
Dallas, TX 75312-0511

Landesoberkasse Baden-Württemberg
Aubenstelle Metzingen
Reutlinger Str 80
Metzingen, 72555
Germany

Link Asset Services
34 Beckenham Rd
Beckenham
Kent, BR3 4TU
United Kingdom

LJ Partnership
10 Old Burlington St
London, W15 3AG
United Kingdom

London Stock Exchange
10 Paternoster Sq
London, EC4M 7LS
United Kingdom

Maria Campanico
Address Redacted

Matt Napoletano
c/o NeuroproteXeon, Inc
50 Cobham Dr
Orchard Park, NY 14127

National Union Fire Insurance
175 Water St
New York, NY 10038

Nelson Labs LLC
Attn  Jill Thomason
6280 S Redwood Rd
Salt Lake, UT 84123

Ny State Dept of Taxation   Finance
Wa Harriman Campus, Bldg 9
Albany, NY 12227

NYSEG
P.O. Box 847812
Boston, MA 02284-7812

Office of the Us Trustee
Attn  Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519

Ohiomedical
Attn  George Schiro
1111 Lakeside Dr
Gurnee, IL 60031-4099

Orchard Park Central School District
2240 Southwestern Blvd
West Seneca, NY 14224

Orkin
Attn  James Buck
60 Earhart Dr, Ste 1
Ameherst, NY 14221

Penlon Ltd
Attn  Craig Thompson
Abingdon Science Park
Barton Lane, Abingdon
Oxfordshire, OX14 3NB
United Kingdom

Potter Clarkson
Attn  Chris Taylor
The Belgrace Centre
Talbot St
Nottingham, NG1 5GG
United Kingdom

Praxair Healthcare Services
Attn  Randy Vinson
175 E Park Dr
Tonawanda, NY 14150

Premier Research International LLC
Attn  Andrew Salomon
77 Hartland St
East Hartland, CT 06108

Premier Research International LLC
Attn  Andrew Salomon
P.O. Box 347566
Pittsburgh, PA 15251-4566

Ranstad Life Sciences
Attn  Jeff Henry
32462 Collection Center Dr
Chicago, IL 60693

Republic Services
2321 Kenmore Ave
Buffalo, NY 14207-1311

RSM Tax And Advisory Services LLP
Attn  Marion Hannon
25 High St
Crawley
West Sussex, RH10 1BG
United Kingdom

Saville Notaries LLP
Attn  Robert Kerss
1 Carey Ln
London, EC2V 8AE
United Kingdom

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Securities and Exchange Commission
New York Regional Office
200 Vesey St, Ste 400
New York, NY 10281

Securities and Exchange Commission
Office of the General Counsel
100 F St, NE
Washington, DC 20549

Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Blvd, Ste 520
Philadelphia, PA 19103

Silicon Valley Bank
Attn  Helena Fraser
Alphabeta, 8th Fl
14-18 Finsbury Sq
London
United Kingdom

Softwware Solution Group Inc
90 Bryant Woods S, Ste 100
Amherst, NY 14228

Solebury Trout
Attn  Victor Cohn
740 Broadway, 9th Fl
New York, NY 10003

Standard Security Life Insurace Co
c/o Emerson Reid LLV
485 Madison Ave
New York, NY 10022

The Kane Firm
Attn  Lauren Robinson
5225 Sheridan Dr
Williamsville, NY 14221

The Krog Corp
Attn  Peter Krog
4 Centre Dr
Orchard Park, NY 14127

Transperfect
Attn  Sarah Rider
Three Park Ave, 39th Fl
New York, NY 10016

Tronconi Segarra   Associates LLP
Attn  Charles Pezzino
8321 Main St
Buffalo, NY 14221

UDL Intellectual Property
Attn  Alan Fiddes
Arena Point, Merrion Way
Leeds
North Yorkshire, LS2 8PA
United Kingdom

UFP Techolgies
Attn  David Brownell
3831 Paterson Ave
Grand Rapids, MI 49512

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158

Uline
P.O. Box 88741
Chicago, IL 60680

Us Attorney For the District of Delaware
1313 N Market St
Wilmington, DE 19801

USI Intermediary Broker Managing Lender
Financing through AFCO Credit Corp
726 Exchange St, Ste 618
Buffalo, NY 14210

Vaspian, LLC
P.O. Box 3399
Buffalo, NY 14240

Verizon
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

WG Partners
Attn  Olga Holme
85 Gresham St
London, EC2V 7NQ
United Kingdom